IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEVEN HOOKS                                                                 PLAINTIFF

                v.                       Civil No. 09-2144

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

**J U D G M E N T**

Now on this 11th day of January 2011, comes for consideration the Report and Recommendation dated December 22, 2010, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. No objections to the Report and Recommendation were filed. The court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the court hereby adopts the Report and Recommendation, affirms the ALJ's decision, and dismisses Plaintiff's Complaint with prejudice.

     IT IS SO ORDERED.

                                                                      /s/ Robert T. Dawson
                                                                      HONORABLE ROBERT T. DAWSON
                                                                      UNITED STATES DISTRICT JUDGE